THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KAFOA MO-TALAU HEFA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL HANRATTY, ARIN REINING, and STEPHEN SINCLAIR,<br><br>　　　　　Defendants. | CASE NO. C20-5475-JCC<br><br>ORDER |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge (Dkt. No. 22). Having thoroughly considered the R&R, the relevant record, and received no objections, the Court ORDERS that:

1. The R&R (Dkt. No. 22) is ADOPTED.
2. Mr. Hefa's claims for damages against Defendants in their official capacities are DISMISSED with prejudice.
3. Mr. Hefa's claims against Defendant Sinclair are DISMISSED without prejudice and with leave to amend.
4. Defendants' motion to dismiss Mr. Hefa's claims under state law and 42 U.S.C. § 1985 against Defendants Hanratty and Reining in their individual capacities is DENIED.

5. Defendants' motion to dismiss Mr. Hefa's 42 U.S.C. § 1983 claims alleging procedural due process violations against Defendants Hanratty and Reining in their individual capacities is DENIED.

6. All remaining claims against Defendants Hanratty and Reining in their individual capacities are DISMISSED without prejudice and with leave to amend.

7. The Clerk is DIRECTED to provide a copy of this order to Plaintiff, all counsel of record, and the Honorable J. Richard Creatura.

Mr. Hefa shall have 21 days from the date of this order to amend his complaint. If Mr. Hefa chooses not to or fails to amend his complaint, the case will proceed with only his state law claims, his § 1985 claims, and his § 1983 procedural due process claims against Defendants Hanratty and Reining in their individual capacities.

DATED this 15th day of March 2021.

John C. Coughenour
UNITED STATES DISTRICT JUDGE